■ In the Matter of Lisa L. Mitchell, for Reinstatement to the Practice of Law in the State of New York. [21 NYS3d 677]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Dec. 16, 2015.)

■ In the Matter of Samuel J. Glover, an Attorney, Resignor. [21 NYS3d 678]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Nov. 18, 2015.)

■ The People of the State of New York, Respondent, v Kent A. Kroemer, Appellant. [21 NYS3d 679]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Lindley, JJ.

■ The People of the State of New York, Respondent, v Michael Spirles, Appellant. [21 NYS3d 680]—Motions for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Michael White, Also Known as Michael Brewer, Appellant. [21 NYS3d 680]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ The People of the State of New York, Respondent, v Gregory A. Jones, Appellant. [21 NYS3d 680]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Valentino and Whalen, JJ.

■ The People of the State of New York, Respondent, v Michael Wilson, Appellant. [21 NYS3d 681]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.

■ The People of the State of New York, Respondent, v Clarence Miller, Appellant. [21 NYS3d 681]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ The People of the State of New York, Respondent, v Clarence E. Scarver, Also Known as C, Appellant. [21 NYS3d 681]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.

■ Ronald Kimball, Jr., Appellant, v Lawrence E. Normandeau, Jr., et al., Respondents. [21 NYS3d 681]—Motion for

reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Valentino and DeJoseph, JJ.

■ RONALD KIMBALL, JR., Appellant, v LAWRENCE E. NORMANDEAU, JR., et al., Respondents. [21 NYS3d 682]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Valentino and DeJoseph, JJ.

■ TODD T. POHLMAN et al., Respondents, v MICHAEL R. MADIA et al., Appellants, et al., Defendant. [21 NYS3d 682]—Motion insofar as it seeks leave to reargue is granted to the extent that, upon reargument, the memorandum and order entered October 9, 2015 (132 AD3d 1370 [2015]) is amended by deleting the words "Grand Island" from the first sentence of the first paragraph of the memorandum and substituting in place thereof the words "Michigan Avenue in the City of Buffalo"; and motion insofar as it seeks in the alternative leave to appeal to the Court of Appeals is denied. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

■ In the Matter of KEVIN BLAIR, Appellant, v CRYSTAL DIGREGORIO, Respondent. [21 NYS3d 682]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

■ ERIE MATERIALS, INC., Respondent, v CENTRAL CITY ROOFING CO., INC., Appellant, et al., Defendant. [21 NYS3d 683]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Lindley and DeJoseph, JJ.

■ DONNOVAN CRUTCHFIELD, Appellant, v BRIAN JONES et al., Respondents. [21 NYS3d 683]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.

■ JOANN ABBO-BRADLEY, Individually and as Parent and Natural Guardian of DYLAN J. BRADLEY and Others, Infants, et al., Appellants-Respondents, v CITY OF NIAGARA FALLS et al., Respondents-Appellants, ROY'S PLUMBING, INC., Respondent, and SCOTT LAWN YARD, INC., Respondent-Appellant, et al., Defendants. (Appeal No. 1.) [21 NYS3d 683]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.